AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    DISTRICT

## APPEARANCE

Case Number: 07 CV 6680 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT CITIBANK, N.A. and CITIBANK (SOUTH DAKOTA), N.A.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/4/2007 | *[signature]* |
| Date | Signature |
| | ANTHONY GALANO, III    (9950) |
| | Print Name    Bar Number |
| | 370 LEXINGTON AVENUE, 19th Floor  c/o  Ellenoff Grossman + Schole LLP |
| | Address |
| | NEW YORK    NY    10017 |
| | City    State    Zip Code |
| | (212) 370-1300    (212) 370-0804 |
| | Phone Number    Fax Number |