UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JAMES WILLIAMS,

        Plaintiff,

   - against -

CITIBANK, N.A. and CITIBANK,
(SOUTH DAKOTA), N.A.,

        Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

07 Civ. 6680 (RJH)

**MEMORANDUM OPINION AND ORDER**

On July 17, 2008, the Court dismissed Plaintiff's Amended Complaint without prejudice and granted Plaintiff leave to amend to include allegations establishing the applicability of the "false name exception" of the Fair Debt Collection Practices Act ("FDCPA"). The Court allowed Plaintiff thirty days to file a second amended complaint. Because more than thirty days have passed and Plaintiff has not filed a second amended complaint, Plaintiff's FDCPA claim is dismissed with prejudice. The Court declines to exercise pendent jurisdiction over Plaintiff's remaining state claims, which are dismissed without prejudice. The clerk of the court is requested to close this case.

SO ORDERED.

Dated: New York, New York
       August 25, 2008

Richard J. Holwell
United States District Judge