**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES WILLIAMS,

               Plaintiff,                                         07 CIVIL 6680 (RJH)

      -against-                                              **JUDGMENT**

CITIBANK, N.A. and CITIBANK, (SOUTH
DAKOTA), N.A.,

               Defendants.
-----------------------------------------------------------X

**SCANNED**

      Whereas on July 17, 2008, the Court having dismissed plaintiff's amended complaint without prejudice with leave to amend within 30 days; more than 30 days have passed and plaintiff have not filed a second amended complaint, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on August 25, 2008, having rendered its Memorandum Opinion and Order dismissing plaintiff's FDCPA claim with prejudice and dismissing plaintiff's remaining state claims without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 25, 2008, plaintiff's FDCPA claim is dismissed with prejudice and plaintiff's remaining state claims are dismissed without prejudice; accordingly, the case is closed.

Dated: New York, New York
           August 26, 2008

                                                            **J. MICHAEL McMAHON**
                                                                    Clerk of Court
                                              **BY:**
                                                                    Deputy Clerk

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON _____